Katherine M. LEWIS, Plaintiff–
Appellant,

v.

Jeremy P. WALETZKY, Defendant–
Appellee.

No. 09–1251.

United States Court of Appeals,
Fourth Circuit.

Argued March 23, 2010.

Decided April 24, 2012.

**ARGUED:** Paul McCourt Curley, Can-
field, Baer, Heller, LLP, Richmond, Virgi-
nia, for Appellant. H. Kenneth Arm-
strong, Armstrong, Donahue, Ceppos &
Vaughan, Chtd., Rockville, Maryland, for
Appellee. **ON BRIEF:** Erica C. Mudd,
Armstrong, Donahue, Ceppos & Vaughan,
Chtd., Rockville, Maryland, for Appellee.

Before NIEMEYER and SHEDD,
Circuit Judges, and JAMES A. BEATY,
JR., Chief District Judge for the Middle
District of North Carolina, sitting by
designation.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Katherine Lewis appeals from the dis-
missal of her complaint and from the sub-
sequent denial of her motion to reconsider.
Relying on the public policy exception to

the *lex loci delicti* doctrine, the district
court applied Maryland law and dismissed
the complaint without prejudice because
Lewis failed to comply with the mandatory
filing requirements of Maryland's Health
Care Malpractice Claims Act ("the Act").
*See* Md.Code Ann., Cts. & Jud. Proc., § 3–
2A–01 *et seq.*

In our prior order, we certified to the
Court of Appeals of Maryland the follow-
ing question:

Does Maryland recognize the public pol-
icy exception, or any other exception, to
*lex loci delicti* based on the Maryland
Health Care Malpractice Claims Act, *see*
Md.Code Ann., Cts. & Jud. Proc., § 3–
2A–01 et seq., which requires a plaintiff
to comply with certain mandatory ad-
ministrative filings prior to filing a medi-
cal malpractice lawsuit in a Maryland
court?

*Lewis v. Waletzky,* —— Fed.Appx. ——,
2010 WL 1734976 (4th Cir.2010).

The Court of Appeals of Maryland has
now published an opinion in response to
our certified question. That court held
that although the doctrine of *lex loci de-
licti* does not apply under the circum-
stances presented in this case, "the filing
requirements at issue are procedural, man-
dating application of those requirements
under Maryland choice-of-law principles,
as the law of the forum." *Lewis v. Waletz-
ky,* 422 Md. 647, 667 (Md.2011). There-
fore, the Court of Appeals of Maryland
found that Lewis must "comply with the
Act's filing requirements." *Id.*

Based on the published opinion of the
Court of Appeals of Maryland, Lewis's
claim fails as a matter of law because she
was required to comply with the mandato-
ry requirements of the Act and she did not
do so. Accordingly, we affirm the district
court's orders dismissing the complaint
and denying the motion for reconsidera-
tion. *See MM ex rel. DM v. School Dist.*

*of Greenville Cty.*, 303 F.3d 523, 536 (4th Cir.2002) ("[W]e are entitled to affirm the court's judgment on alternate grounds, if such grounds are apparent from the record.").

*AFFIRMED.*